

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2020

No. 04-19-00771-CV

Kent B. **HOFFMAN**, et al.,
Appellant

v.

Andrew M. **THOMSON**, et al.,
Appellee

From the 343rd Judicial District Court, McMullen County, Texas
Trial Court No. M-17-0008-CV-C, Consolidated M-17-0034-CV-B
Honorable Janna K. Whatley, Judge Presiding

# O R D E R

The appellant, Hoffman's, Unopposed Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on February 3, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court